**Order entered December 4, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00638-CR
No. 05-14-00639-CR

**ZANTAR LADON KELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-00158-S, F07-60023-S**

## ORDER

The Court **REINSTATES** these appeals.

On September 26, 2014, we granted the motion of Kathleen Walsh to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant in these appeals. To date, we have not received the order appointing new counsel, nor have we received a response to either of two letters inquiring about the status of the order appointing new counsel. The appeals cannot proceed until new counsel is appointed to represent appellant.

Accordingly, the Court **ORDERS** the Honorable Andy Chatham, Presiding Judge of the 282nd Judicial District Court to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, an order appointing new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to Michael Casillas, Dallas County District Attorney's Office, Appellate Section.

We **ABATE** the appeals to allow the Honorable Andy Chatham to comply with this order. The appeals shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/    ADA BROWN
JUSTICE